

# NUMBER 13-20-00365-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SALLY MARI BURNS,**
**CHARLES EDWARD BURNS, AND**
**JENNIFER LEE BURNS BIELA,** Appellants,

**v.**

**CYNTHIA ANN BURNS MILIAN,**
**TED M. BURNS, III, AND**
**MARY MARGARET BURNS KLEMENT,** Appellees.

---

### On appeal from the 105th District Court of Kenedy County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Longoria

This matter is before the Court on appellants' unopposed amended motion to dismiss. On February 2, 2021, this cause was abated for purposes of settlement negotiations. The matter has been fully settled and an agreed final judgment entered.

The Court, having considered appellants' amended motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, this cause is reinstated, appellants' amended motion to dismiss is granted, and the appeal is hereby dismissed. Accordingly, appellees' motion for mediation and motion for extension of time to file a brief are dismissed as moot.

Finally, costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

NORA L. LONGORIA
Justice

Delivered and filed on the
16th day of December, 2021.